UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

**Case Number:07-14347-CIV-MARTINEZ-WHITE**

JIMMY GREEN,

    Plaintiff,

vs.

DOROTHY REED, et. al.,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORTS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report on Plaintiff Jimmy Green's *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 and specifically, on the parties' motions for summary judgment. Magistrate Judge White filed two Reports, recommending that the parties' motions for summary judgment be denied as genuine issues of material fact remain and recommending that this case be set for trial. (D.E. Nos. 75, 77).[1] Plaintiff Green has filed objections to Magistrate Judge White's Report, presumably, he objects only to the portion of Magistrate Judge White's Report (D.E. No.75), which recommends denying his motion for summary judgment. In his objections, Plaintiff Green has reasserted the arguments he made in his motion for summary judgment. Defendants did not file any objections. The Court has made a *de novo* review of the issues that Plaintiff's objections to the Magistrate Judge's Report present and finds that as Magistrate Judge White stated in his Report (D.E. No. 75), genuine issues of material fact remain in this case. Accordingly, it is

---

[1]Magistrate Judge White also recommended that this case be dismissed against the unnamed Defendants.

hereby:

**ADJUDGED** that United States Magistrate Judge White's Reports **(D.E. Nos. 75, 77)** are **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1. This case is dismissed against the unnamed Defendants who have not been served with process pursuant to Federal Rule of Civil Procedure 4(m).

2. Plaintiff's Motion for Summary Judgment **(D.E. No. 57)** is **DENIED**.

3. Defendants Reed and Harvey's Motion for Summary Judgment **(D.E. No. 59)** is **DENIED**.

4. This case proceeds to trial against Defendants Dorothy Reed and Mike Harvey on the claims that these Defendants were deliberately indifferent to Plaintiff Green's serious medical condition while he was confined at the Highlands County Jail in March 2007. The Court will enter a separate order setting this case for trial.

DONE AND ORDERED in Chambers at Miami, Florida, this 25 day of February, 2009.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
Jimmy Green, *pro se*